IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| JANIS L. DUNBAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 125-040 |
| | ) | |
| TYLER EMMITT PERRY, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Plaintiff filed this case in the Southern District of Georgia even though she asserts the named Defendant is located in Atlanta, Georgia. (<u>See</u> doc. no. 1, p. 2.) Due to the rambling nature of Plaintiff's statement of her claims, it is not entirely clear where the events in Plaintiff's complaint allegedly took place, but after a thorough review of her filings, the Court discerns no connection to any location in the Southern District of Georgia. As the named Defendant is located in Fulton County, Georgia, the case more properly belongs in the Northern District of Georgia. Accordingly, the proper venue is the Atlanta Division of the Northern District of Georgia. 28 U.S.C. § 1391(b). In the interest of justice, instead of dismissing this action, the Court **ORDERS** it **TRANSFERRED** to the Northern District of Georgia, Atlanta Division.[1] 28 U.S.C. § 1406(a). The Court also **DIRECTS** the Clerk to forward the file to that District.

SO ORDERED this 7th day of March, 2025, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] For Plaintiff's information, the mailing address for future filings in the Northern District of Georgia is: Clerk, U.S. District Court, Northern District of Georgia, 2211 U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303-3361.